UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LILIA ALVARADO,<br><br>                      Plaintiff,<br>     v.<br><br>CAMMILLA WAMSLEY et al.,<br><br>                      Defendant. | CASE NO. 2:25-cv-02374-DGE-GJL<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

       On November 24, 2025, Petitioner filed an emergency petition for writ of habeas corpus, a motion for temporary restraining order ("TRO"), and a motion for stay of removal. (Dkt. No. 1.) On November 25, 2025, the Court provisionally granted Petitioner's motion for TRO pending Respondents' response to the motion. (*Id.* at 3.) The Court noted that it was unclear from the docket whether Petitioner had served the petition and the motion for TRO on the Respondents, and ordered Petitioner to "immediately serve" process and a copy of the order on

MINUTE ORDER - 1

Respondents. (*Id.* at 2–3.) The Court further ordered Petitioner to immediately contact Respondents' counsel to provide a copy of the November 25, 2025 order and to meet and confer on a briefing schedule for the habeas petition. (*Id.* at 3.)

As of today, Petitioner has not filed proof of service of process on Respondents. Petitioner is therefore ORDERED to serve process and a copy of the November 25, 2025 order on Respondents by **December 5, 2025**.

The Clerk is directed to calendar this event.

Dated this 2nd day of December, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2