Chief District Judge David G. Estudillo
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LILIA ALVARADO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>　　　　　　　Federal Respondents. | Case No. 2:25-cv-2374-DGE-GJL<br><br>STIPULATED MOTION AND BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>December 11, 2025 |

Pursuant to this Court's Order (Dkt. No. 2), Petitioner and Federal Respondents submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the temporary restraining order ("TRO") motion in favor of briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 1. This would allow the parties to brief the issues only once and for this Court to rule on the issues once. Furthermore, the TRO motion seeks a stay of Petitioner's removal. As described below, U.S. Immigration and Customs Enforcement has agreed not to remove or transfer Petitioner during the pendency of this habeas action.

//

//

//

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02374-DGE-GJL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | December 30, 2025 |
| Petitioner's Response | January 29, 2026 |

Federal Respondents agree to not remove Petitioner from the United States or transfer Petitioner to another facility until this Court reaches a decision on the habeas briefing.

Petitioner further agrees to withdraw the pending TRO motion.

Accordingly, the parties request that the Court enter the proposed briefing schedule. The parties further request that this Court vacate the scheduling hearing scheduled for today at 2:00pm.

DATED this 11th day of December, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | LAW OFFICE OF WILLIAM FRICK |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ William Frick*<br>WILLIAM FRICK, WSBA #26648<br>P.O. Box 892<br>Mercer Island, Washington 98040<br>Phone: (206) 286-0167<br>Email: william@fricklawfirm.info<br>*Attorney for Petitioner* |

**I certify that this memorandum contains 196 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02374-DGE-GJL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

# ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | December 30, 2025 |
| Petitioner's Response | January 29, 2026 |

The Motion for Temporary Restraining Order is withdrawn.

Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility until this Court decides the habeas petition.

The hearing scheduled for 2:00pm is vacated.

DATED this 11th day of December 2025.



David G. Estudillo
United States District Judge

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02374-DGE-GJL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800