UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LILIA ALVARADO,

Petitioner,

v.

CAMMILLA WAMSLEY, et al.,

Respondents.

CASE NO. 2:25-cv-02374-DGE

ORDER ON MOTION TO REOPEN CASE (DKT. NO. 30)

On February 18, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to refer Petitioner to an asylum officer for a reasonable fear determination. (Dkt. No. 27 at 9.) On February 26, 2026, United States Citizenship and Immigration Services conducted a reasonable fear interview for Petitioner. (Dkt. No. 29.)

On March 30, 2026, Petitioner filed a motion to reopen case "so the Court may consider Petitioner's ongoing prolonged immigration detention in light of the immigration court's refusal to provide a bond hearing." (Dkt. No. 30 at 1.) Petitioner's motion to reopen raises new issues not previously discussed in the original petition and seeks relief distinct from the relief originally

sought. Therefore, the Court DENIES Petitioner's motion to reopen (Dkt. No. 30) and DIRECTS Petitioner to file a new petition for writ of habeas corpus. In the new petition for writ of habeas corpus, Petitioner should identify the full authority for relief and note that the new case is related to this matter so that the new case may be assigned to the undersigned.

Dated this 31st day of March, 2026.

David G. Estudillo
United States District Judge